Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Jamie Fountain (SBN 316567)
jfountain@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401
**Attorneys for Plaintiffs**
**PRL USA Holdings, Inc. and**
**Ralph Lauren Corporation**

PAUL HASTINGS LLP
Steven A. Marenberg (Bar No. 101033)
stevenmarenberg@paulhastings.com
Jennica K. Wragg (Bar No. 328410)
jennicawragg@paulhastings.com
1999 Avenue of the Stars, 27th Floor
Los Angeles, California 90067
Telephone: (310) 620-5710
Facsimile: (310) 620-5810
**Attorneys for Defendants**
**Zoetop Business Co., Limited**
**and Shein Distribution**
**Corporation**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRL USA HOLDINGS, INC., a Delaware Corporation; RALPH LAUREN CORPORATION, a New York Corporation,<br><br>Plaintiff,<br>v.<br><br>ZOETOP BUSINESS CO., LIMITED, a Hong Kong SAR China Private Limited Company; SHEIN DISTRIBUTION CORPORATION, a Delaware Limited Liability Company; and JOHN DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-02424-SPG-E<br><br>**NOTICE OF SETTLEMENT AND JOINT REQUEST TO STAY ALL DEADLINES**<br><br>**Hon. Sherilyn Peace Garnett** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiffs PRL USA Holdings, Inc. and Ralph

1
**NOTICE OF SETTLEMENT AND JOINT REQUEST TO STAY ALL DEADLINES**

Lauren Corporation ("Plaintiffs" or "Ralph Lauren") and defendants Zoetop Business Co., Limited and Shein Distribution Corporation ("Defendants" or "Shein") (together with Plaintiffs, the "Parties") reached a settlement in principle and are working to draft a written agreement that, when fully executed, would fully resolve the above-entitled action (the "Action"). The Parties anticipate that a written settlement agreement will be finalized, fully executed, and a Stipulation of Dismissal of this Action filed within sixty (60) days of the filing of this Notice.

Based on the foregoing, and in the interest of conserving the resources of the Court, the Parties request that all pending deadlines in this Action be stayed for sixty (60) days after the filing of this Notice in order to allow the Parties sufficient time to finalize and execute a written settlement agreement. The Parties further request that the Court set a Status Conference regarding settlement after sixty (60) days from the filing of this Notice or on a date convenient to the Court, in the event a Stipulation of Dismissal has not been filed before then and further proceedings in this action may be necessary.

DATED: May 21, 2024                BLAKELY LAW GROUP

                                   By: /s/ Jamie Fountain
                                       Brent H. Blakely
                                       Jamie Fountain
                                       **Attorneys for Plaintiffs**
                                       **PRL USA Holdings, Inc. and**
                                       **Ralph Lauren Corporation**

DATED: May 21, 2024                PAUL HASTINGS LLP

                                   By: /s/ Steven A. Marenberg
                                       Steven A. Marenberg
                                       Jennica K. Wragg

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Attorneys for Defendants Zoetop Business Co., Limited and Shein Distribution Corporation**

3
NOTICE OF SETTLEMENT AND JOINT REQUEST TO STAY ALL DEADLINES

**FILER'S ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I attest that all signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized this filing.

DATED:  May 21, 2024         BLAKELY LAW GROUP

                    By:  /s/ Jamie Fountain
                         Brent H. Blakely
                         Jamie Fountain
                         **Attorneys for Plaintiffs**
                         **PRL USA Holdings, Inc. and**
                         **Ralph Lauren Corporation**