Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Jamie Fountain (SBN 316567)
jfountain@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401
**Attorneys for Plaintiff**
**PRL USA Holdings, Inc. and Ralph Lauren Corporation**

Steven A. Marenberg (SBN 101033)
stevenmarenberg@paulhastings.com
Josh B. Gordon (SBN 244818)
joshgordon@paulhastings.com
Jennica K. Wragg (SBN 328410)
jennicawragg@paulhastings.com
PAUL HASTINGS LLP
1999 Avenue of the Stars, 27th Floor
Los Angeles, California 90067
Telephone: (310) 620-5710
Facsimile: (310) 620-5810
**Attorneys for Defendants**
**Zoetop Business Co., Limited; and Shein Distribution Corporation**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRL USA HOLDINGS, INC., a Delaware Corporation; RALPH LAUREN CORPORATION, a New York Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZOETOP BUSINESS CO., LIMITED, a Hong Kong SAR China Private Limited Company; SHEIN DISTRIBUTION CORPORATION, a Delaware Corporation; and JOHN DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-02424-SPG-E<br><br>**JOINT STIPULATION TO MODIFY HEARING SCHEDULE RE PLAINTIFFS' MOTION FOR SANCTIONS**<br><br>**Hon. Sherilyn Peace Garnett**<br><br>Current Hearing Date: Feb. 5, 2025<br><br>Requested Hearing Date: Feb. 26, 2025 |

Plaintiffs PRL USA Holdings, Inc. and Ralph Lauren Corporation ("Plaintiffs" or "Ralph Lauren") and defendants Zoetop Business Co., Limited and Shein Distribution Corporation ("Defendants" or "Shein" and, together with Plaintiffs, the "Parties") hereby stipulate and request that the Court reschedule the hearing on Plaintiffs' Motion for Sanctions from February 5, 2025 to February 26, 2025.

WHEREAS, on January 6, 2025, Plaintiffs filed a Notice of Motion and Motion for Sanctions (the "Motion") in the above-captioned matter. ECF No. 110. Plaintiffs noticed the Motion for February 5, 2025;

WHEREAS, Defendants intend to file an opposition to the Motion (the "Opposition") and Plaintiffs intend to file a reply in support of the Motion (the "Reply"). Pursuant to Local Rules 7-9 and 7-10, Defendants' Opposition is currently due on January 15, 2025 and Plaintiffs' Reply is currently due on January 22, 2025;

WHEREAS, the Parties have resumed settlement discussions in an effort to fully resolve the above-captioned matter and believe they have made progress towards a final written settlement agreement;

WHEREAS, several counsel for Defendants are under mandatory evacuation orders as a result of the Palisades Fire that began on January 7, 2025; and

WHEREAS, in light of their ongoing settlement discussions and the effect of the Palisades Fire on counsel, the Parties agree that a modest extension of the hearing date on Plaintiffs' Motion is warranted and appropriate to allow additional time to attempt to resolve the matter and additional time to prepare and file the Opposition and Reply, if necessary.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS, SUBJECT TO THE COURT'S APPROVAL:**

1. The hearing on the Motion shall be rescheduled from February 5, 2025 to February 26, 2025 at 1:30 p.m.;

2. Pursuant to Local Rule 7-9, Defendants' Opposition shall be due on February 5, 2025;

3. Pursuant to Local Rule 7-10, Plaintiffs' Reply shall be due on February 12, 2025.

SO STIPULATED

DATED: January 13, 2025    BLAKELY LAW GROUP

By: /s/ Jamie Fountain
Jamie Fountain
**Attorneys for Plaintiff**
**PRL USA Holdings, Inc. and Ralph Lauren Corporation**

DATED: January 13, 2025    PAUL HASTINGS LLP

By: /s/ Josh B. Gordon
Josh B. Gordon
**Attorneys for Defendants**
**Zoetop Business Co., Limited; and Shein Distribution Corporation**

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), I, Josh Gordon, hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Josh B. Gordon*
Josh B. Gordon