**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRL USA HOLDINGS, INC., a Delaware Corporation; RALPH LAUREN CORPORATION, a New York Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZOETOP BUSINESS CO., LIMITED, a Hong Kong SAR China Private Limited Company; SHEIN DISTRIBUTION CORPORATION, a Delaware Corporation; and JOHN DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-02424-SPG-E<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY HEARING SCHEDULE RE PLAINTIFFS' MOTION FOR SANCTIONS [ECF No. 115]** |

Before the Court is the Parties' Joint Stipulation to Modify Hearing Schedule Re Plaintiffs' Motion for Sanctions (ECF No. 115 ("Stipulation")). Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS as follows:

1. The hearing on Plaintiffs' Motion for Sanctions shall be rescheduled from February 5, 2025, to February 26, 2025, at 1:30 p.m.;

2. Defendants' Opposition shall be due on February 5, 2025; and

3. Plaintiffs' Reply shall be due on February 12, 2025.

**IT IS SO ORDERED.**

DATED:  January 16, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE