Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Jamie Fountain (SBN 316567)
jfountain@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401
**Attorneys for Plaintiffs**
**PRL USA Holdings, Inc. and**
**Ralph Lauren Corporation**

PAUL HASTINGS LLP
Steven A. Marenberg (Bar No. 101033)
stevenmarenberg@paulhastings.com
Josh B. Gordon (SBN 244818)
joshgordon@paulhastings.com
Jennica K. Wragg (Bar No. 328410)
jennicawragg@paulhastings.com
1999 Avenue of the Stars, 27th Floor
Los Angeles, California 90067
Telephone: (310) 620-5710
Facsimile: (310) 620-5810
**Attorneys for Defendants**
**Zoetop Business Co., Limited**
**and Shein Distribution**
**Corporation**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRL USA HOLDINGS, INC., a Delaware Corporation; RALPH LAUREN CORPORATION, a New York Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZOETOP BUSINESS CO., LIMITED, a Hong Kong SAR China Private Limited Company; SHEIN DISTRIBUTION CORPORATION, a Delaware Corporation; and JOHN DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-02424-SPG-E<br><br>**STIPULATION TO DISMISSAL WITH PREJUDICE OF ACTION**<br><br>**Hon. Sherilyn Peace Garnett** |

1
**STIPULATION TO DISMISSAL WITH PREJUDICE OF ACTION**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs PRL USA Holdings, Inc. and Ralph Lauren Corporation ("Plaintiffs" or "Ralph Lauren") and defendants Zoetop Business Co., Limited and Shein Distribution Corporation ("Defendants" or "Shein") (together with Plaintiffs, the "Parties") hereby stipulate to dismissal *with prejudice* of the above-captioned action. Each Party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this Action.

SO STIPULATED.

DATED: January 29, 2025          BLAKELY LAW GROUP

By:   /s/ Jamie Fountain
Brent H. Blakely
Jamie Fountain
**Attorneys for Plaintiffs**
**PRL USA Holdings, Inc. and**
**Ralph Lauren Corporation**

DATED: January 29, 2025          PAUL HASTINGS LLP

By:   /s/ Josh B. Gordon
Steven A. Marenberg
Josh B. Gordon
Jennica K. Wragg
**Attorneys for Defendants Zoetop**
**Business Co., Limited and Shein**
**Distribution Corporation**

**FILER'S ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I attest that all signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized this filing.

DATED: January 29, 2025         BLAKELY LAW GROUP

By: _/s/ Jamie Fountain_____
Brent H. Blakely
Jamie Fountain
**Attorneys for Plaintiffs**
**PRL USA Holdings, Inc. and**
**Ralph Lauren Corporation**